HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
SERGIO MENDEZ OROZCO


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO MENDEZ OROZCO,<br><br>Defendant. | Case No.  2:11-cr-356 KJM<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable  KIMBERLY J. MUELLER |

Defendant, SERGIO MENDEZ OROZCO, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On August 14, 2013, this Court sentenced Mr. Orozco to a term of 262 months imprisonment;

3. His total offense level was 37, his criminal history category was III, and the resulting guideline range was 262 to 327 months;

Stipulation and Order Re: Sentence Reduction        1

    4.    The sentencing range applicable to Mr. Orozco was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

    5.    Mr. Orozco's total offense level has been reduced from 37 to 35, and his amended guideline range is 210 to 262 months;

    6.    Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Orozco's term of imprisonment to 210 months.

Respectfully submitted,

Dated:  August 31, 2016                                   Dated:   August 31, 2016

PHILLIP A. TALBERT                                         HEATHER E. WILLIAMS
Acting United States Attorney                           Federal Defender


 /s/  *Jason Hitt*_____                        /s/ *Hannah R. Labaree*
JASON HITT                                                      HANNAH R. LABAREE
Assistant U.S. Attorney                                    Assistant Federal Defender

Attorney for Plaintiff                                          Attorney for Defendant
UNITED STATES OF AMERICA                        SERGIO MENDEZ OROZCO

Stipulation and Order Re: Sentence Reduction               2

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Orozco is entitled to the benefit Amendment 782, which reduces the total offense level from 37 to 35, resulting in an amended guideline range of 210 to 262 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in August 2014 is reduced to a term of 210 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Orozco shall report to the United States Probation Office within seventy-two hours after his release.

Dated:   September 7, 2016

UNITED STATES DISTRICT JUDGE