IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SERGIO MENDEZ,<br><br>　　　　Defendant. | Case №:2:11-cr-00356 KJM<br><br>**O R D E R**<br>**APPOINTING COUNSEL** |

　　The court referred this matter to the Federal Defender to select appointed counsel. CJA Panel attorney Erin Radekin is hereby appointed for petitioner's 2255 motion effective June 13, 2018, the date the Office of the Federal Defender first contacted her.

DATED: June 14, 2018.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER APPOINTING COUNSEL　　　　1