**ERIN J. RADEKIN, SBN 214964**
1001 G Street, Suite 107
Sacramento, CA 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988
Email: erinjradekin@gmail.com

Attorney for Defendant
SERGIO MENDEZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>SERGIO MENDEZ,<br><br>　　　　　　　Defendant. | CASE NO. 2:11-CR-00356-KJM-1<br><br>**APPLICATION AND STIPULATION TO MODIFY BRIEFING SCHEDULE; ORDER** |

On December 5, 2016, defendant, Sergio Mendez, filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. ECF No. 388. On April 10, 2018, the court issued an order construing Mr. Mendez's motion to "supplement/amend" his "reply" to constitute a request to amend his § 2255 motion and setting a briefing schedule with regard to any amendment or supplement to the § 2255 motion. ECF No. 396. Undersigned counsel was appointed on June 14, 2018, effective June 13, 2018, the day the federal defender contacted her. ECF No. 400.

Undersigned counsel has had difficulty communicating with Mr. Mendez relating to the signing of a financial affidavit indicating he qualifies for the appointment of counsel. Counsel intends to have a Spanish interpreter send him a letter in Spanish. Counsel has communicated with the attorney for plaintiff, Jason Hitt, and he has indicated he has no opposition to modifying the briefing schedule to

1

allow counsel additional time to determine if she intends to file an amended motion or supplement the motion on Mr. Mendez's behalf.

Accordingly, counsel requests that the briefing schedule with regard to any amended § 2255 motion or supplement to such motion be modified as follows: Any such amended motion or supplement is due on or before December 10, 2018, and the government's response is due 14 days thereafter.

DATED: November 9, 2018                                    Respectfully Submitted,


                                                          /s/ Erin J. Radekin
                                                          ERIN J. RADEKIN
                                                          Attorney for Petitioner
                                                          SERGIO MENDEZ


## ORDER

For the reasons set forth in the accompanying application and stipulation, and good cause appearing, it is hereby ordered that any amended § 2255 motion or supplement to such motion is due on December 10, 2018.  The government's response to such amended motion or supplement is due 14 days thereafter.

IT IS SO ORDERED.

DATED:  November 14, 2018.


                                            _____
                                            UNITED STATES DISTRICT JUDGE

2