**ERIN J. RADEKIN, SBN 214964**
1001 G Street, Suite 107
Sacramento, CA 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988
Email: erinjradekin@gmail.com

Attorney for Defendant
SERGIO MENDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>SERGIO MENDEZ,<br><br>                Defendant. | CASE NO. 2:11-CR-00356-KJM-1<br><br>**APPLICATION AND STIPULATION TO MODIFY BRIEFING SCHEDULE; ORDER** |

On December 5, 2016, defendant, Sergio Mendez, filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. ECF No. 388. On April 10, 2018, the court issued an order construing Mr. Mendez's motion to "supplement/amend" his "reply" to constitute a request to amend his § 2255 motion and setting a briefing schedule with regard to any amendment or supplement to the § 2255 motion. ECF No. 396. Undersigned counsel was appointed on June 14, 2018, effective June 13, 2018, the day the federal defender contacted her. ECF No. 400. On November 15, 2018, the court granted undersigned counsel's request to modify the briefing schedule to allow any amended or supplement to the § 2255 motion be filed by December 10, 2018, with the government's response due 14 days thereafter. ECF No. 411.

1

Undersigned counsel has had difficulty communicating with Mr. Mendez due to the language barrier. She did send a letter in Spanish regarding the financial affidavit and on December 3, 2018 obtained a signed copy of this document. Counsel has reviewed the § 2255 motion, the pre-sentence report, the transcript of judgment and sentencing, and other documents. Mr. Mendez claims prior counsel engaged in ineffective assistance of counsel in plea negotiations and at sentencing. To properly evaluate these claims and determine if there are any other issues that can be raised in a § 2255 motion, it is necessary that the undersigned talk to prior counsel and review portions of discovery. She must also draft and send a letter to her client and receive a response. Counsel estimates she will need about 60 days to complete these tasks. Counsel has communicated with the attorney for plaintiff, Jason Hitt, and he has indicated he has no opposition to modifying the briefing schedule to allow counsel additional time to determine if she intends to file an amended motion or supplement the motion on Mr. Mendez's behalf, and has consented to counsel signing this stipulation on his behalf.

Accordingly, counsel requests, pursuant to stipulation of the parties, that the briefing schedule with regard to any amended § 2255 motion or supplement to such motion be modified as follows: Any such amended motion or supplement is due on or before February 11, 2019, and the government's response is due 14 days thereafter.

IT IS SO STIPULATED:

DATED: December 10, 2018      MCGREGOR SCOTT
                              United States Attorney

                        By:   /s/ Jason Hitt
                              JASON HITT
                              Assistant United States Attorney

DATED: December 10, 2018      /s/ Erin J. Radekin
                              ERIN J. RADEKIN
                              Attorney for Defendant
                              SERGIO MENDEZ

**ORDER**

For the reasons set forth in the accompanying application and stipulation, and good cause appearing, it is hereby ordered that any amended § 2255 motion or supplement to such motion is due on February 11, 2019. The government's response to such amended motion or supplement is due 14 days thereafter.

IT IS SO ORDERED.

Dated: December 11, 2018.

_____
UNITED STATES DISTRICT JUDGE