IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 2:11-cr-00356-KJM |
| Plaintiff, | ) | |
| vs. | ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| SERGIO MENDEZ, | ) | |
| Defendant. | ) | |

The court relieved Ms. Radekin on July, 22, 2019. The Federal Defender has determined it has a conflict and cannot represent this client. Benjamin P. Ramos is hereby appointed effective July 31, 2019, the date the Office of the Federal Defender contacted him.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

DATED: August 5, 2019.

_____
UNITED STATES DISTRICT JUDGE